UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA DAVISON,

    Plaintiff,

v.

H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DAVID AUGUSTINE,

    Defendants.

Case No. 05-cv-4048-JPG

## ORDER

This matter comes before the Court on a stipulation of dismissal with prejudice (Doc. 46) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  However, Rule 41(a)(1)(ii) is inapplicable in that it speaks only of dismissing "an action" and not dismissing individual claims or defendants.  To remedy this deficiency, the Court construes the stipulation as an agreed motion to voluntarily dismiss with prejudice pursuant to Rule 41(a)(2) all claims against defendants H&R Block Tax Services, Inc. and H&R Block Enterprises, Inc.  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment or in the absence of a stipulation of dismissal of the entire action signed by all parties who have appeared.

The Court hereby **GRANTS** the motion to dismiss (Doc. 46), **DISMISSES with prejudice** and without costs all claims in this case against defendants H&R Block Tax Services, Inc. and H&R Block Enterprises, Inc, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.  Defendants H&R Block Tax Services, Inc. and H&R Block Enterprises, Inc. are terminated from this action.

**IT IS SO ORDERED.**
**DATED:  January 17, 2006**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**