IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA DAVISON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | )   CV NO. 05-4048-JPG |
| | ) |
| DAVID AUGUSTINE, | ) |
| | ) |
|     Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

    The Court having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    Dated:   March 8, 2006

                                                  **NORBERT JAWORSKI, CLERK**

                                                 **By:   s/ Judith Prock**
                                                           **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                  **U. S. DISTRICT JUDGE**